[Nos. 15316-5-II; 14629-1-II.   Division Two.   January 29, 1993.]

WESTERN R, INC., *Respondent*, v. THE RIVER ROAD INN, LTD., ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 90-2-03126-3, Waldo F. Stone, J., entered November 16, 1990. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Petrich and Morgan, JJ.

[No. 27127-0-I.   Division One.   February 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GILBERT JARA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-07067-3, Frank L. Sullivan, J., entered October 8, 1990. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Forrest, J.

[No. 26004-9-I.   Division One.   February 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY WAYNE TUNGATE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01512-3, Robert C. Bibb, J., entered May 11, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Kennedy, JJ.